TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN





NO. 03-

02-00397-CV



 
 



 

In re Aviation Mechanisms, Inc., William Lile and Damon Farrar




 




ORIGINAL PROCEEDING FROM TRAVIS COUNTY





 Relators Aviation Mechanisms, Inc., William Lile and Damon Farrar seek mandamus
relief from an order holding them in contempt of court and assessing fines therefor, and an order
imposing sanctions for discovery abuse. After reviewing the petition and the accompanying record,
we deny the petition for writ of mandamus. Tex. R. App. 52.8(a).



 

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Kidd and Yeakel

Filed: July 11, 2002

Do Not Publish